■ BRENDA ASH, as Mother and Natural Guardian of GREGLORIA VAZQUEZ, an Infant, Appellant, v JAMES N. MCNAMARA, Respondent. [732 NYS2d 791] —Order unanimously affirmed without costs. Memorandum: Supreme Court properly granted that part of defendant's motion seeking summary judgment dismissing the complaint. In support of his motion, defendant

submitted his deposition and affidavits of two witnesses establishing that defendant was driving in a reasonable and prudent manner when plaintiff's infant daughter ran into the road in front of defendant's vehicle. In opposition to the motion, plaintiff failed to raise a triable issue of fact whether defendant had sufficient time to react to her daughter's suddenly running into the road (*see, Bachman v Cook,* 281 AD2d 938, 939; *Brown v City of New York,* 237 AD2d 398, 398-399). (Appeal from Order of Supreme Court, Oswego County, Nicholson, J.—Summary Judgment.) Present—Pigott, Jr., P. J., Wisner, Hurlbutt, Kehoe and Lawton, JJ.